**Order filed April 13, 2021.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-21-00141-CV**

———————

**WLSC INCOPRO, LLC, Appellant**

**V.**

**ADMIRAL INSURANCE COMPANY, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-24459**

---

## O R D E R

The notice of appeal in this case was filed March 12, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 28, 2021.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.